UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL O. GRANILLO ARBALLO (A-240-394-196),

Petitioner,

v.

TONYA ANDREWS, Warden,

Respondent.

No. 1:26-cv-5425 DC CSK

ORDER

Petitioner is an immigration detainee proceeding without counsel. On August 5, 2026, petitioner filed a motion for extension of time to file an opposition to respondents' motion to dismiss. (ECF No. 6.) Good cause appearing, petitioner is granted fourteen days to file an opposition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extension of time (ECF No. 7) is granted.

2. Petitioner's opposition to respondents' motion to dismiss shall be filed fourteen days of the date of this order. Respondent's reply is due within 7 days after being served with the opposition.

Dated: August 11, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/gran5425.2241.imm.eot